1  John M. Peebles (SBN 237582)
   Steven J. Bloxham (SBN 96384)
2  James Qaqundah (SBN 270700)
   Fredericks Peebles & Morgan LLP
3  2020 L Street, Suite 250
   Sacramento, CA 95811
4  Telephone:  (916) 441-2700
   Facsimile:  (916) 441-2067
5  jpeebles@ndnlaw.com

6

7  *Attorneys for Plaintiffs*

8                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
9                              SAN FRANCISCO DIVISION

10

11  PICAYUNE RANCHERIA OF                    Case No.  3:14-cv-04273-RS
    CHUKCHANSI INDIANS, a Federally-
12  recognized Indian Tribe, et al.,         [PROPOSED] ORDER GRANTING
                                             STIPULATION TO EXTEND BRIEFING
13                 Plaintiffs,               SCHEDULE

14         v.                                Date:        January 29, 2015
                                             Time:        1:30 p.m.
15  U.S. DEPARTMENT OF THE INTERIOR, et      Courtroom:   3
    al.,                                     Judge:       Hon. Richard Seeborg
16
                   Defendants.
17

18      Having considered the Parties' Stipulation to extend the briefing schedule on the Federal

19  Defendants' Motion to Dismiss, it is hereby ORDERED, that:

20      (1) Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed no later than January

21          15, 2015;

22      (2) Defendants' Reply to Plaintiffs' Opposition shall be filed no later than January 22, 2015; and

23      (3) The hearing on Defendants' Motion to Dismiss shall remain on calendar for January 29, 2015

24          at 1:30 p.m.

25  IT IS SO ORDERED.

26  Dated: 12/16/14

                                             _____
27                                           HON. RICHARD SEEBORG

28
                                                1
[PROPOSED] ORDER GRANTING STIPULATION TO                            Case No. 3:14-cv-04273-RS
EXTEND BRIEFING SCHEDULE

FREDERICKS PEEBLES
& MORGAN LLP
2020 L ST., STE 250
SACRAMENTO, CA 95811